IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REAUX MEDICAL INDUSTRIES, LLC,           § | |
|     Plaintiff,           § | |
|                § | |
| v.           § | Civil Action No. 3:09-CV-1582-M |
|                § | |
| STRYKER CORPORATION and           § | |
| RACING OPTICS, INC.,           § | |
|     Defendants.           § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Reaux Medical Industries, LLC ("Reaux") filed objections, and the District Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objection was made. In light of the Second Amended Counterclaim, filed on April 9, 2010, by Racing Optics, Inc. [Doc. 58], the objections filed by Reaux are moot, and the Court therefore accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's "Motion to Dismiss Racing Optics' Amended Counterclaim and Motion to Strike" (Doc. 26) is therefore DENIED.

**SO ORDERED** this 14th day of April, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS