IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REAUX MEDICAL INDUSTRIES, LLC, *a Texas Limited Liability Company*, | § § § § | |
| Plaintiff, | § | |
| vs. | § § | Civil Action No.: 3:09-CV-1582-M |
| STRYKER CORPORATION, *a Michigan Corporation*, and RACING OPTICS, INC., *a California Corporation*, | § § § § | |
| Defendants. | § § | |

JURY NOTE NO. __1__
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

What are Racing Optics' net sales for the product sold to Stryker from 1/2/09 - 4/22/12?

It will be up to you to review the evidence and determine what it reflects.

[Signature]
5-2-12  8:43

**REDACTED**

(To be signed by Jury Foreperson)